SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Numeriano P. Inumerable (SBN 144076)
101 S. Western Ave.
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
MARCELO GOMEZ

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCELO GOMEZ,<br>Plaintiff,<br>vs.<br>DURFEE, INC.; and DOES 1 to 10,<br>Defendants. | **Case No.: 2:26-cv-09543-RGK-RAOx**<br><br>DECLARATION OF JASON J. KIM IN SUPPORT OF PLAINTIFF'S OSC RESPONSE RE: SUPPLEMENTAL JURISDICTION |

DECLARATION OF JASON J. KIM

1. I am licensed to practice law in the State of California and before this Court. I am an attorney with So. Cal. Equal Access Group ("law firm") and represent Plaintiff and, in that capacity, am familiar with the contents herein and if called and duly sworn, could competently testify to them.

2. Based on our review of the cases filed by the law firm, the law firm likely qualifies as a high-frequency litigant, as that term is defined by California Code of Civil Procedure § 425.55(b)(2), as the law firm has represented as attorney of record 10 or more high-frequency litigant plaintiffs in actions that were resolved within the 12-month period immediately preceding the filing of the current complaint alleging a construction-related accessibility violation.

3. However, while the law firm and its attorneys have represented as attorney of record at least 10 high-frequency litigant plaintiffs, the law firm is unable to ascertain as to whether it qualifies as a high-frequency litigant given that the violations alleged in the complaint are generally remedied in whole or in part after the plaintiff files the complaint as provided in California Code of Civil Procedure § 425.55(b)(2)(C).

I declare under penalty of perjury under the laws of the United States and the laws of the State of California that the foregoing is true and correct. Executed on September 18, 2026, at Los Angeles, California.

*/s/ Jason J. Kim*

JASON J. KIM